# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 19, 2009

138401

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

LANSING SCHOOLS EDUCATION
ASSOCIATION, MEA/NEA, CATHY
STACHWICK, PENNY FILONCZUK,
ELIZABETH NAMIE, and ELLEN WHEELER,
      Plaintiffs-Appellants,

v

LANSING BOARD OF EDUCATION and
LANSING SCHOOL DISTRICT,
      Defendants-Appellees.

SC: 138401
COA: 279895
Ingham CC: 07-000483-AW

_____/

On order of the Court, the application for leave to appeal the January 27, 2009 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall include among the issues to be briefed whether (1) the Court of Appeals erred in concluding that the plaintiff school teachers and union lack standing to seek enforcement of Section 1311a(1) of the Revised School Code, MCL 380.1 *et seq.*, and (2) whether *Lee v Macomb Co Bd of Comm'rs*, 464 Mich 726 (2001), was correctly decided.

Persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 19, 2009

_____
Clerk